Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
February 28, 2008








 

Petition
for Writ of Mandamus Dismissed and Memorandum Opinion filed February 28, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-01066-CV

____________

 

IN RE PORTS AMERICA, INC., PORTS AMERICA TEXAS INC.,
and ROBERT EARL ALLEN, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
December 21, 2007, relators, Ports America, Inc., Ports America
Texas Inc., and Robert Earl Allen, filed a petition for writ of mandamus in
this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  Relators also
filed a motion to stay proceedings in the trial court.  On February 20, 2008,
the parties filed a joint stipulation to a voluntary dismissal of the case.  We
construe this stipulation to be a motion to dismiss.  As so construed, we grant
the motion.  

Accordingly,
we dismiss this original proceeding.  

 








PER CURIAM

 

Petition Denied and Memorandum
Opinion filed February 28, 2008.

Panel consists of Justices Yates,
Guzman, and Brown.